IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 16-cv-01627-CMA-STV

LIVE FACE ON WEB, LLC, a Pennsylvania company,

    Plaintiff,

v.

INTEGRITY SOLUTIONS GROUP, INC.,

    Defendant.

## ORDER GRANTING MOTION TO DISBURSE GARNISHED FUNDS

    This matter is before the Court on Plaintiff's Motion to Disburse Garnished Funds (Doc. # 376). Therein, Plaintiff requests a Court order directing First Bank to pay garnished funds in the amount of $72.46 to Plaintiff. *Id.* On December 11, 2018, First Bank filed its answer to the Court's Writ of Garnishment stating that it was holding funds in the amount of $72.46 belonging to judgment debtor, Defendant Integrity Solutions Group, Inc. (Doc. # 318). First Bank has filed no objection to the instant motion.

    Having reviewed the motion, the Court GRANTS Plaintiff's Motion to Disburse Garnished Funds (Doc. # 376) and ORDERS that First Bank shall disburse the garnished funds in the amount of $72.46 to Plaintiff within 30 days.

DATED:  March 7, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge